# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 41 EM 2022

                Respondent :

           v. :

DAVID MARKS, :

                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2022, the "Petition for an Extension of Time to File a Petition for Allowance of Appeal and/or Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc*" is DENIED.